38919. Thompson, appellee v. City of Cincinnati, appellee; City of Loveland, appellant et al. 

Herbert, J.

1. A municipal corporation may levy a tax on the wages resulting from work and labor performed within its boundaries by a nonresident of that municipal corporation. (*Angell* v. *City of Toledo,* 153 OhioSt. 179, 41 O.O. 217, approved and followed.)

2. Municipal corporation "A" may levy a tax on the wages resulting from work and labor performed in municipal corporation "B" by a resident of municipal corporation "A."

3. No single municipal corporation may levy a tax on income at a greater rate than one per cent without first obtaining prior voter approval. No municipal corporation is deprived of its power to levy a tax on income by reason of any action taken by another municipal corporation. Section 718.01, Revised Code, construed.

4. A resident of one municipal corporation who receives wages as a result of work and labor performed within another municipal corporation may be lawfully taxed on such wages by both municipal corporations. Sections 3 and 7, Article XVIII of the Ohio Constitution.

Judgment reversed.

Taft, C. J., Zimmerman, Matthias, O'Neill, Van Nostran and Brown, JJ., concur.

Van Nostran, J., of the Fifth Appellate District, sitting for Schneider, J.

39141. Munchick et al., appellants v. The Fidelity & Casualty Co. of New York, appellee. 

Matthias, J.

1. A contract of insurance prepared and phrased by the insurer is to be construed liberally in favor of the insured and strictly against the insurer, where the meaning of the language used is doubtful, uncertain or ambiguous. (Paragraph one of the syllabus of *Toms* v. *Hartford Fire Ins. Co.,* 146 OhioSt. 39, 31 O.O. 538, approved and followed.)

2. Where the term, "theft," is used but not defined in an insurance contract drafted by the insurer, it includes any wrongful deprivation of the property of another without claim or color of right. (Paragraph one of the syllabus of *Riley* v. *Motorists Mutual,* 176 OhioSt. 16, 26 O.O.(2d) 294, and paragraph three of the syllabus of *Toms* v. *Hartford Fire Ins. Co.,* 146 OhioSt. 39, 31 O.O. 538, approved and followed; *Royal Ins. Co., Ltd.* v. *Jack,* 113 OhioSt. 153, overruled.)

Judgment reversed.

Zimmerman, O'Neill and Kerns, JJ., concur.

Kerns, J., of the Second Appellate District, sitting by designation in the place and stead of Brown, J.

Taft, C. J., Herbert and Schneider, JJ., concurring.